Patricia P. Hollenbeck (SBN 121765)
Aaron T. Winn (SBN 229763)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, CA 92101-4681
Telephone: +1 619 744 2200
Fax: +1 619 744 2201
E-mail:  phollenbeck@duanemorris.com
         atwinn@duanemorris.com
         klalexander@duanemorris.com

Attorneys for Defendant
JORNAYA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA HILL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEAD INTELLIGENCE, INC. D/B/A JORNAYA,<br><br>Defendant. | Case No.: 20cv1352-JGB-KK<br><br>The Honorable Jesus G. Bernal<br><br>**DEFENDANT JORNAYA'S RULE 7.1(a) NOTICE OF FINANCIAL INTEREST** |

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Lead Intelligence, Inc. d/b/a Jornaya, hereby discloses that:

No publicly held corporation owns 10% or more of the membership interest in Jornaya.

Dated: August 3, 2020

**DUANE MORRIS LLP**

By: *Isl Patricia P. Hollenbeck*
_____
Patricia P. Hollenbeck (SBN: 121765)
Aaron T. Winn
Karen Lehmann Alexander

Attorneys for Defendant
JORNAYA