# EXHIBIT E

Date last revised: May 21, 2019

# PRIVACY POLICY

PLEASE READ THIS PRIVACY POLICY CAREFULLY. BY ACCESSING OR USING THE SITES OR SERVICES, YOU ACKNOWLEDGE THAT YOU HAVE READ, UNDERSTAND, AND AGREE TO BE BOUND TO ALL THE TERMS AND CONDITIONS OF THIS PRIVACY POLICY.

IF YOU DO NOT AGREE TO THIS PRIVACY POLICY, PLEASE EXIT THIS PAGE AND DO NOT ACCESS OR USE THE SITES OR SERVICES.

Please note that we are not a mortgage lender, debt servicer, debt settlement, real estate company, insurance agent, auto sales company or automotive warranty organization. This site/service is not, and is not intended to be, any type of application for any financial product or service.

This Privacy Policy discloses the privacy practices of Grant Hood Marketing, its affiliates and subsidiaries, (collectively "we", "us", "our", or "the Company") and governs the collection, sharing and security of information through our website, or other Company products and services (collectively, the "Services") by users of the Services ("you" or "your").

**Types of Information We Collect**

We may collect two types of information:

1. Personally Identifiable Information ("PII"). This information may include, but is not limited to: first and last name, physical address, email address, phone number and other information regarding the product you have expressed interest in.

2. Non-Personally Identifiable Information ("Non-PII). Non-PII is information that identifies your computer and its navigational patterns through the Services. We may automatically collect Non-PII information when you visit the Services, through the use of a variety of tools including cookies or other available data analysis or collection technologies.

We log Internet protocol (IP) server addresses for system administration purposes and

catalog traffic patterns through our Websites. This information may or may not be linked to a consumer's personal information at our discretion.

**How We Use and Share Information**

The information collected is used to provide you with additional information regarding the services and/or products you have expressed interest in. This may include sharing your PII on to a third party who provides such services or products.

1. We share your PII and Non-PII information with third parties who will provide you with their opportunities, products or services. This includes your interests and preferences, so they may determine whether you might be interested in their products or services.

2. We also share your PII and Non-PII information with companies and individuals we employ to perform technical or mechanical functions on our behalf, such as third parties who host our website, analyze our data, provide marketing assistance, process credit card payments, and provide customer service.

3. We may share aggregated anonymous information about you, combined with other persons using our website with third parties, so that they can understand the diversity of visitors and their activity/use of our website.

4. Your information, including your PII, may be sold to third parties/vendors. We may also sell your information, including your PII to other affiliated companies, and with other vendors and business partners. Some business partners include companies who provide business services to us or on our behalf, such as to monitor Services activities, market products or services to you, help to maintain our customer database, and administer e- mails, surveys or other contests.

5. We will disclose your information if legally required to do so, or at our discretion, pursuant to a request from a governmental entity, or if we believe in good faith that such action is necessary to stay legally compliant or prevent a crime; and we will share your information if we sell our company or merge with another company.

6. We may disclose your information to manage and protect our information technology infrastructure and security. We may also disclose your information for any other purpose with your consent and may share non-PII at any time for any purpose.

7. We will share your personal information with third parties only in the ways that are described in this privacy policy.

a. We will share your information with third parties who help us in the delivery of the products and services you have requested. You understand and agree that your consent is not a condition, directly or indirectly of a purchase.

b. When you register on our websites, you explicitly authorize us to share your information with third parties so that they may contact you via email, SMS, telephone and/or direct mail.

c. You agree to receive autodialed or prerecorded calls (including to mobile numbers) and texts and emails from us and any affiliates or third parties to the phone numbers (including mobile numbers) and email addresses you provide to us today or in the future and to any phone numbers or email addresses subsequently associated with you by us or any affiliates or third party affiliates or vendors.

d. You understand and agree that if you submit an inquiry on our website, the Company will share and/or sell the information that you provided with our network of clients including but not limited to: mortgage bankers, mortgage brokers, credit consultants, insurance brokers or any other business in our network that may be related to the service or product you have expressed interest in. As a result, different types of businesses may be provided your information and may contact you.

**Technology We Utilize**

1. We may utilize cookies. Cookies are small text files that are stored on a user's computer for record-keeping purposes and which contain information about that user's computer. Cookies allows us to identify files on your computer and record your preferences and other data about your visit to our website so that when you return to the website we are able to identify you and can personalize repeat visits. When cookies settings are disabled or changed you may experience site or Services features that do not function properly.

**2.** Tracking data collected by us is used to enhance your experience by delivering personalized advertising (or allow third parties to deliver targeted advertising) on our website and the websites of third parties. If you wish to disable cookies, you may do so through your browser on your computer or other devices. **California residents have the right to know if we respond to do not track signals or cookies. We do not respond to such signals or cookies.**

3. Cross-Device Advertising and Tracking: We may collect and use and share the above data with a third party for cross-device advertising purposes. This allows

consumers to experience a personalized, informative advertisement that targets specific product interests over multiple devices. This information may be used for analytics, and reporting purposes such as an advertisement effectiveness and overall campaign success.

4. We may implement cross device advertising and tracking to identify and track consumers across devices through identifying characteristics such as a consumer login account and may be used to connect data across different devices. This enables delivery of advertisements or informational data to your multiple devices.

5. We may use push notifications and alerts to notify you of services and/or products that you have expressed interest in on multiple devices. If you no longer wish to receive these types of communications, you may turn them off at the device level. You may opt-out of push notifications or alerts through your browser settings.

**Privacy Policies of Third Parties**

We are not responsible for the policies or practices of third parties. Other websites or services, such as those websites we provide links to, websites or services you may have clicked-on that directed you to the Services, or websites that may be accessible to you through the Services, have their own privacy policies regarding data collection, use and disclosure practices. If you visit any such website, we encourage you to review that website or service's privacy policy.

**Unsubscribe, Opt Out or Revoke**

1. To opt-out of receiving SMS or email communications from us, please follow the instructions in our SMS or emails to unsubscribe from our email list. You may also reach us via email at: support@granthoodmkt.com.

2. To opt-out of communications from third parties, please follow the instructions to opt- out in those entities' communications.

3. To revoke consent at any time for any use of PII you may have provided, please reach us via email at: support@granthoodmkt.com with "revoke Personal Information" referenced in the message.

Data collected may be sold or transferred to our third parties which takes place immediately in real-time and should you unsubscribe, opt-out or revoke consent, your data may have already been sent to our third parties. We cannot revoke your information from a third party if it has already been sold. We will remove your PII from

our internal programs and further communication from us will cease.

**Storage and Security**

1. We utilize acceptable commercial security measures to protect against the loss, misuse and alteration of your information under our control. Even with commercially reasonable technological precautions to protect your data, no data transmission over the Internet can be guaranteed to be a hundred percent secure. We cannot and do not warrant that your information will be absolutely secure. Any transmission of data at or through our website is at your own risk.

2. We will retain PII, including user location information, only as long as our business needs require. We will then destroy or render unreadable any such information upon disposal.

3. Depending on site requirements, we may employ Secure Sockets Layer (SSL) encryption technology to transmit data between a consumer's browser and our web server. To use our websites, a consumer will need an SSL-capable browser such as MS Internet Explorer 4.0 (or higher) or Netscape Navigator 4.0 or higher.

4. We contractually require that third parties handle your PII similar to our practices. We do not monitor such practices and thus are not responsible for third party security or handling of PII. Please do not communicate any information to us through unsecured channels. The security of your personal information also depends on you.

**Your Information- Request/Edit**

1. Users may edit/change profile settings. If information is removed from a profile, copies of that information may remain accessible elsewhere if it has been shared with others or it was copied or stored by other users.

2. We may be required to retain your information by law or for legitimate business purposes, such as to prevent identity theft or other misconduct.
3. To request a copy of your PII that we have collected or to correct factual inaccuracies within this information please email us at: support@granthoodmkt.com.

**Minors and Privacy Statement**

1. No part of the Services is designed to attract anyone under the age of 18. Children under the age of 18 may not use the Services. We do not knowingly collect any information from Children under the age of 18.

**Children's Online Privacy Protection Act-** This site is intended to be used by people the age of 18 and older. We do not knowingly allow any users under the age of 18 to use our service. However, if you become aware of the existence of a user who is under the age of 18, or that an individual under 18 has provided their information to us, contact us immediately with details by emailing us at: support@granthoodmkt.com.

2. If you are a parent or guardian and believe that your child under the age of 18 has provided personal information to us, you may contact us to request this information be deleted.

**California Privacy Rights**-We permit residents of the State of California to use our Service, and comply with the California Business and Professions Code §§ 22575-22579. If you are a California resident please note we do not respond to do not track signals or cookies. You may request certain information regarding our disclosure of personal information to any third parties for their direct marketing purposes. Please make your request through email at: support@granthoodmkt.com.

**Revisions to this Privacy Policy**

We may change this Privacy Policy at any time. Upon any revisions, we will change the updated date at the top of this page accordingly. Any revised Privacy Policy will be effective immediately when posted on the Services We suggest users to frequently check this page for any changes to stay informed about how we are helping to protect the personal information we collect. Your continued use of the Services after the effectiveness of such revisions will constitute your acknowledgment and acceptance of the terms of the revised Privacy Policy.